IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL BASILE,<br><br>　　　　Petitioner,<br>v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>　　　　Respondent. | No. C 06-5371 SBA (pr)<br><br>**JUDGMENT** |

　　　For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

　　　IT IS SO ORDERED.

DATED: 12/18/08

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\HC.06\Basile5371.jud.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL BASILE, | Case Number: CV06-05371 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT AYERS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Michael Basile C70016
San Quentin State Prison
San Quentin, CA 94964

Dated: December 19, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Basile5371.jud.frm           2